Form 30rstyhg

**United States Bankruptcy Court**
**Southern District of Ohio**
**120 West Third Street**
**Dayton, OH 45402–1819**

---

In Re:  Darrell L. Casey
       Jana S. Casey
           Debtor(s)

SSN/TAX ID:
    xxx–xx–2770
    xxx–xx–1967

Case No.: 3:11–bk–32403

Chapter: 13

Judge:  Guy R Humphrey

---

**ORDER CONSOLIDATING PRELIMINARY AND FINAL HEARING ON MOTION
FOR RELIEF FROM AUTOMATIC STAY AND ORDERING OTHER MATTERS,
TOGETHER WITH NOTICE OF FINAL HEARING**

A motion for relief from the automatic stay, pursuant to 11 U.S.C. §362(d) having been filed by Wells Fargo Bank, NA on May 10, 2011 in the above captioned matter,

IT IS ORDERED:

(1) That the preliminary and final hearing on this matter shall be and hereby are consolidated and shall be held before the Court on **June 8, 2011 at 01:30 PM** in East Courtroom, U.S. Bankruptcy Court, 120 West Third Street, Dayton, OH 45402.

(2) That any responsive pleadings shall be filed with the clerk and served upon all adverse parties and any trustee on or before **May 31, 2011.**

(3) That a party intending to introduce documentary evidence at the hearing shall prepare in advance, copies of the original documents in the number required to provide a copy to the Court and all parties.

(4) That should any party fail to appear at the final hearing the Court will dismiss or deny the motion, grant the relief, order sanctions, or take such other action authorized by law.

**(5) That if no responsive pleading is filed as provided above** *the hearing will not be held.*

**No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the court's premises.**

Dated: May 11, 2011

*/s/ Guy R. Humphrey*

Guy R Humphrey
United States Bankruptcy Judge