**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: June 07, 2011**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Darrell L. Casey** | : | Case No.: 11-32403 |
| **Jana S. Casey** | : | Chapter 13 |
| | : | Judge Guy R. Humphrey |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET NUMBER 16)
ON FIRST MORTGAGE AS TO REAL PROPERTY LOCATED AT
1900 W MINERS DRIVE, DUNLAP, IL 61525**

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by Wells Fargo Bank, NA ("Creditor") filed as Docket Number 16.

Creditor has alleged that good cause exists for granting the Motion and that Darrell L. Casey and Jana S. Casey (collectively, "Debtor"), counsel for the Debtor, the Trustee, and all other necessary parties were served with the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

Ref# 11-009146-051011-AMB2

1.  The Motion is granted and the automatic stay imposed by 11 U.S.C. § 362 of the Bankruptcy Code is terminated with respect to the Creditor and its successors and assigns, as to the real property owned by Debtor and located at 1900 W Miners Drive, Dunlap, IL 61525.

2.  The Chapter 13 Trustee shall discontinue payments to Creditor on its claim under the Chapter 13 Plan filed by the Debtor.

3.  Creditor may proceed with an action to reclaim and liquidate Debtor's real property located at 1900 W Miners Drive, Dunlap, IL 61525.

**SO ORDERED.**


/s/ Mary E. Krasovic
Mary E. Krasovic (0085380)
Holly N. Wolf (0068847)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Email: mek@mdk-llc.com
Attorneys for Creditor


Copies to:
 Default list



Peoria County Real Estate Taxes
Party of Interest
324 Main Street Room G15
Peoria, IL 61602
(notified by regular US Mail)


###