**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: June 10, 2011**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>　　Darrell L Casey<br>　　Jana S Casey<br>　　　Debtors | Case No: 11-32403<br>　(Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

TXXXXX

**AGREED ORDER THAT EMPLOYER MAKE DEDUCTIONS FROM EMPLOYEE'S WAGES AND SEND DEDUCTIONS TO CHAPTER 13 TRUSTEE**

　　The above named debtor Darrell L Casey has commenced a Chapter 13 Proceeding(Doc. 6) in the United States Bankruptcy Court and the debtor hereby agrees for the Chapter 13 Trustee to commence wage deductions before the plan is confirmed.

    IT IS ORDERED that THE CHRIST HOSPITAL deduct from the earnings of the debtor, S.S.N. XXX-XX-2770 the sum of $680.77  BI-WEEKLY beginning with the next pay day following the receipt of this order and to deduct a similar amount for each pay period thereafter, including any period for which the debtor receives periodic or lump sum payments for or on account of vacation, termination, or other benefits arising out of present or past employment and to remit the sum so deducted to the Chapter 13 Trustee **AT LEAST MONTHLY** including the employee name and case number, 11-32403. The employer is not authorized to deduct any administration expense or service fee for this deduction. The Trustee's name and lock box address for payments is:

                    JEFFREY M KELLNER, CHAPTER 13 TRUSTEE
               1722 SOLUTIONS CENTER, CHICAGO, IL  60677-1007

    The employer may stop this deduction only upon a court order or written notice from the Chapter 13 Trustee. The employer has twenty days from the entry of this order to file a written objection and a request for a hearing.

    IT IS FURTHER ORDERED, that the employer acknowledge to the Trustee receipt of this order.

IT IS SO ORDERED.


  _/s/ Darrell L Casey_____
Darrell L Casey
Debtor


  __/s/__Harold Jarnicki_____
HAROLD JARNICKI  #0027595
ATTORNEY FOR DEBTORS
576 MOUND CT
SUITE B
LEBANON, OH  45036
(513) 932-5792  FAX (513) 932-5443
email: jarnickihsd9@earthlink.net

  _/s/_Jeffrey M. Kellner_____
JEFFREY M. KELLNER #0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

```
1,475.00 M
  737.50 S
  680.77 B
  340.38 W
```

CHAPTER 13 TRUSTEE'S OFFICE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161

RE: Darrell L Casey　　　　　　　　　　　　　　　　CASE NUMBER: 11-32403
　　XXX-XX-2770

---

ACKNOWLEDGEMENT BY EMPLOYER

---

　　The below named employer acknowledges receipt of the Order that Employer Make Deductions from Employee's Wages and Send Deductions to Chapter 13 Trustee which was entered by the Court on or about May  9, 2011.

　　　The debtor _____is, _____is not employed by us.

　　　This the _____day of _____, 20_____.


EMPLOYER:　　THE CHRIST HOSPITAL
　　　　　　　ATTN PAYROLL DEPT
　　　　　　　2139 AUBURN AVE
　　　　　　　CINCINNATI, OH  45219
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　AUTHORIZED SIGNATURE OF EMPLOYER

　　　　　　　　　　　　　　　　　　EMPLOYER TELEPHONE # _____


TO EMPLOYER - RETURN THIS PAGE TO:　　JEFFREY M KELLNER
　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE
　　　　　　　　　　　　　　　　　　　1722 SOLUTIONS CENTER
　　　　　　　　　　　　　　　　　　　CHICAGO, IL  60677-1007

**Distribution:**

   All Filing Parties and Additional Parties.

THE CHRIST HOSPITAL, ATTN PAYROLL DEPT, 2139 AUBURN AVE, CINCINNATI, OH  45219

APPROXIMATE TOTAL NUMBER OF MONTHS IN PLAN - 60
1132403_16_201105060848_591/T245_sm
###